# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**NATIONWIDE INSURANCE COMPANY
OF FLORIDA, a foreign corporation, as
subrogee of KAREN WHITWORTH,**

      **Plaintiff,**

**v.**                                                   **Case No.  8:05-cv-1589-T-30MSS**

**NOKIA, INC., a foreign corporation,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Dismissal With Prejudice by Stipulation

(Dkt. #41).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, with each party to bear its own fees and

     costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on May 2, 2007.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1589.dismissal 41.wpd